# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DESMOND EASLEY and
SHOSHAWNA KIRKENDOLL,
    Plaintiffs

    v.      CASE NUMBER: 18-C-1803

SALLY BEAUTY SUPPLY LLC,
    Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiffs shall take nothing by their complaint and judgment is entered in favor of the defendant on the merits.

| | |
|---|---|
|     10/21/20 | Gina M. Colletti |
| Date | Clerk |
| | s/ J. Dreckmann |
| | (By) Deputy Clerk |